UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERKSHIRE, #371645,           )
                    Plaintiff,       )
                                     )        No. 1:19-cv-808
v.                                   )
                                     )        Honorable Paul L. Maloney
JESSICA HAZEL, et al.,               )
                    Defendants.       )
_____)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 23, 2021                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge